

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00554-CV

**IN RE LIFECELL CORPORATION**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice

On August 5, 2014, relator LifeCell Corporation filed a petition for writ of mandamus and an emergency motion for temporary relief. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 6th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI10718, styled *LifeCell Corporation v. Novadaq Technologies, Inc. and Novadaq Corp.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.